

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00578-CV

Jose Samalea **SOSA,**
Appellant

v.

Rebecca **GARZA,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13876
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On November 30, 2020, Appellant Jose Samalea Sosa filed a notice of appeal. *See* TEX. R. APP. P. 25.1(a). The same day, a deputy clerk of this court notified Appellant in writing to pay his filing fee and file his docketing statement by December 14, 2020. *See id.* R. 5 (requiring fees in civil cases); *id*. R. 32.1 (requiring a docketing statement); 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. A late notice was later sent on January 14, 2021. Our records do not conclusively establish that Appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5; *id.* R. 20.1 (waiving appellate court costs under certain circumstances).

On January 20, 2021, a deputy clerk of this court called Appellant's counsel and left a message with an office assistant regarding the late payment and failure to file an amended notice of appeal. *See id.* R. 5; *id*. R. 25.1(e), (g) (requiring Appellant to give notice of notice to the court reporter and to amend a defect or omission in the notice of appeal). On January 26, 2021, this court received a call from counsel's office stating that Appellant would file something within forty-eight hours. To date, this court has not received any amended notice of appeal, docketing statement, payment, or a Statement of Inability to Afford Payment of Court Costs. *See id.* R. 5; *id*. R. 25.1(e), (g); *id*. R. 32.1; *see also* TEX. R. CIV. P. 145.

We ORDER Appellant to file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant to file an amended notice of appeal within TEN DAYS of the date of this order.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order that either (1) the filing fee has been paid, or (2) Appellant is entitled to appeal without paying the filing fee.

If Appellant fails to respond as ordered, this appeal will be dismissed **without further notice**. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court